# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MOLLY GOWAN,<br><br>  Plaintiff,<br><br>  v.<br><br>STRYKER CORPORATION, et al.,<br><br>  Defendants. | Case No. 5:20-cv-00339 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth Labson Freeman to determine whether it is related to 5:18-cv-07785 BLF, *Molly Gowan v. Stryker Corporation, et al.*

IT IS SO ORDERED.

Date: January 16, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge